# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# DIVISION ORLANDO

| | |
|---|---|
| PEDRO MILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action File No. |
| ) | 6:22-cv-00212-CEM-LHP |
| TRANS UNION, LLC and ) | |
| RECEIVABLE MANAGEMENT ) | |
| GROUP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT RECEIVABLE MANAGEMENT GROUP, INC.'S ANSWER

COMES NOW, Receivable Management Group, Inc., ("Defendant"), Defendant in the above-referenced action and files this Answer in response to the Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

Plaintiff has impermissibly split his claims between two lawsuits.

### THIRD DEFENSE

Plaintiff has not been damaged; therefore, Plaintiff may not recover against Defendant.

Subject to the foregoing defenses and without waiving same, Defendant responds to the individually numbered paragraphs of Plaintiff's Complaint as follows:

## JURISDICTION AND VENUE

1. The allegations contained in Paragraph 1 of the Plaintiff's Complaint relate to legal conclusions to which Defendant is under no known obligation to respond.  To the extent that any response is required; denied.

2. The allegations contained in Paragraph 2 of the Plaintiff's Complaint relate to legal conclusions to which Defendant is under no known obligation to respond.  To the extent that any response is required; denied.

## PARTIES

3. Defendant admits that Plaintiff is a natural person.  Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. Defendant admits that its registered agent for service in Florida is Corporation Service Company, 1201 Hays Street Tallahassee, Florida 32301.  Defendant denies the remaining allegations contained in Paragraph 5 of the Plaintiff's Complaint.

## DEMAND FOR JURY TRIAL

6. Defendant denies, to the extent it can, the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

## ALLEGATIONS

7. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. Defendant admits receiving a dispute from Trans Union in December 2021.  Defendant knowledge or information sufficient to form a belief as to whether that dispute is the dispute referenced in Paragraph 7 of the Plaintiff's Complaint.  Defendant denies the remaining allegations contained in Paragraph 8 of the Plaintiff's Complaint.

## ALLEGATIONS INVOLVING DEFENDANT RMG

9. The allegations contained in Paragraph 9 of the Plaintiff's Complaint relate to legal conclusions to which Defendant is under no known obligation to respond.  To the extent that any response is required; denied.

10. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12. Defendant denies the allegations contained in Paragraph 12 of the Plaintiff's Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

14. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14 of the Plaintiff's Complaint.

## ALLEGATIONS INVOLVING TRANS UNION

15. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 15 of the Plaintiff's Complaint.

16. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 16 of the Plaintiff's Complaint.

17. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 17 of the Plaintiff's Complaint.

18. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 19 of the Plaintiff's Complaint.

20. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21 of the Plaintiff's Complaint.

22. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 22 of the Plaintiff's Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 23 of the Plaintiff's Complaint.

24. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 24 of the Plaintiff's Complaint.

25. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 25 of the Plaintiff's Complaint.

26. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 26 of the Plaintiff's Complaint.

27. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 27 of the Plaintiff's Complaint.

28. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 28 of the Plaintiff's Complaint.

29. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 29 of the Plaintiff's Complaint.

30. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

## COUNT 1
## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (against Defendant Trans Union)

31. Defendant incorporates by reference the above paragraphs of this Answer as if fully stated therein.

32. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of the Plaintiff's Complaint.

34. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

36. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 36 of the Plaintiff's Complaint.

37. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 37 of the Plaintiff's Complaint.

38. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 38 of the Plaintiff's Complaint.

39. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 39 of the Plaintiff's Complaint.

40. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 40 of the Plaintiff's Complaint.

**COUNT 2**
**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**(against Defendant Trans Union)**

41. Defendant incorporates by reference the above paragraphs of this Answer as if fully stated therein.

42. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 42 of the Plaintiff's Complaint.

43. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 43 of the Plaintiff's Complaint.

44. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 44 of the Plaintiff's Complaint.

45. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 45 of the Plaintiff's Complaint.

46. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 46 of the Plaintiff's Complaint.

47. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 47 of the Plaintiff's Complaint.

48. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 48 of the Plaintiff's Complaint.

49. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 49 of the Plaintiff's Complaint.

50. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 50 of the Plaintiff's Complaint.

## COUNT 3
## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Defendant RMG)

51. Defendant incorporates by reference the above paragraphs of this Answer as if fully stated therein.

52. Defendant denies the allegations contained in Paragraph 52 of the Plaintiff's Complaint.

53. Defendant denies the allegations contained in Paragraph 53 of the Plaintiff's Complaint.

54. Defendant denies the allegations contained in Paragraph 54 of the Plaintiff's Complaint.

55. Defendant admits that it is aware of its obligations under the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. § 1681 *et seq*. Defendant denies that its actions or inactions violated the FCRA. Defendant denies any remaining allegations contained in Paragraph 55 of the Plaintiff's Complaint.

56. Defendant admits that it is aware of its obligations under the FCRA. Defendant denies that its actions or inactions violated the FCRA. Defendant denies any remaining allegations contained in Paragraph 55 of the Plaintiff's Complaint.

57. Defendant denies the allegations contained in Paragraph 57 of the Plaintiff's Complaint.

58. Defendant denies the allegations contained in Paragraph 58 of the Plaintiff's Complaint.

59. Defendant denies the allegations contained in Paragraph 59 of the Plaintiff's Complaint.

60. Defendant denies the allegations contained in Paragraph 60 of the Plaintiff's Complaint.

61. Defendant denies the allegations contained in Paragraph 61 of the Plaintiff's Complaint.

## COUNT 4
## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT
## (Against Defendant RMG)

62. Defendant incorporates by reference the above paragraphs of this Answer as if fully stated therein.

63. Defendant denies the allegations contained in Paragraph 63 of the Plaintiff's Complaint.

64. Defendant denies the allegations contained in Paragraph 64 of the Plaintiff's Complaint.

65. Defendant denies the allegations contained in Paragraph 65 of the Plaintiff's Complaint.

66. Defendant admits that it is aware of its obligations under the FCRA. Defendant denies that its actions or inactions violated the FCRA. Defendant denies any remaining allegations contained in Paragraph 66 of the Plaintiff's Complaint.

67. Defendant denies the allegations contained in Paragraph 67 of the Plaintiff's Complaint.

68. Defendant denies the allegations contained in Paragraph 68 of the Plaintiff's Complaint.

69. Defendant denies the allegations contained in Paragraph 69 of the Plaintiff's Complaint.

70. Defendant denies the allegations contained in Paragraph 70 of the Plaintiff's Complaint.

71. Defendant denies the allegations contained in Paragraph 71 of the Plaintiff's Complaint.

72. Defendant denies all remaining allegations contained in Plaintiff's Complaint not specifically admitted herein.

WHEREFORE Defendant prays that Defendant be dismissed with prejudice; that judgment be granted to Defendant and that the relief requested by Plaintiff be denied; that all costs be taxed to Plaintiff; and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 25th day of February 2022.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant Receivable Management Group, Inc.*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedlawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
DIVISION ORLANDO**

| | |
|---|---|
| PEDRO MILLAN,                              )<br>                                                          )<br>       Plaintiff,                                  )<br>vs.                                                     )<br>                                                          )<br>TRANS UNION, LLC and            )<br>RECEIVABLE MANAGEMENT )<br>GROUP, INC.                                  )<br>                                                          )<br>       Defendant.                              )<br>_____) | Civil Action File No.<br>6:22-cv-00212-CEM-LHP |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I electronically filed Defendant Receivable Management Group, Inc.'s Answer with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

| | |
|---|---|
| Jibrael S. Hindi<br>jibrael@jibraell.com | Thomas J. Patti<br>tom@jibraellaw.com |

    Respectfully submitted this 25th day of February 2022.

                                                               **BEDARD LAW GROUP, P.C.**

                                                               /s/ Jonathan K. Aust
                                                                Jonathan K. Aust
                                                                Florida Bar No. 1033458
                                                                *Counsel for Defendant Receivable
                                                                Management Group, Inc.*