**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 6:22-cv-00212-CEM-LHP

PEDRO MILLAN,

    Plaintiff,

v.

TRANS UNION, LLC, and
RECEIVABLES MANAGEMENT GROUP INC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT RECEIVABLES MANAGEMENT GROUP INC**

Plaintiff Pedro Millan ("Plaintiff") and Defendant Receivables Management Group Inc, by and through undersigned counsel, stipulate to the dismissal of the above-styled action with prejudice against Defendant Receivables Management Group Inc. Each party is to bear its own fees and costs.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: May 31, 2022

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:  jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:  tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:        855-529-9540

*COUNSEL FOR PLAINTIFF*

 /s/ Jonathan Kyle Aust
**JONATHAN K. AUST, ESQ.**
Florida Bar No. 1033458
E-mail: jaust@bedardlawgroup.com
**Bedard Law Group, P.C.**
4855 River Green Parkway, Suite 310 Duluth, GA 30096
Phone:  678-253-1871

*COUNSEL FOR RECEIVABLES MANAGEMENT GROUP INC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Thomas J. Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377